FISHER & SON *v.* WATSON, sheriff, *et al.*

GILBERT, J. The exception is to a judgment overruling a motion for a new trial. The proceeding was instituted for the purpose of enjoining the sale of a mare mule under a tax fi. fa. The petitioner insisted that the mule was not subject to the whole of the tax demanded, $12.36, because it also represented the tax on property other than the mule, alleging a willingness to pay the amount of the tax on the animal in question. *Held,* that under the evidence the court did not err in directing the verdict for the defendant. The special ground of the motion for a new trial does not require a reversal, and is not of such character as to require special detailed mention.

*Judgment affirmed. All the Justices concur.*

No. 8190. MAY 12, 1931.

*C. C. Crockett,* for plaintiffs.

*Charles E. Baggett* and *S. P. New,* for defendants.